UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60033-CR-COOKE(s)

UNITED STATES OF AMERICA

        Plaintiff,

v.

VINCENT "Vinny" COLANGELO,
NICHOLAUS "Nick" THOMAS,
RACHAEL BASS,
MICHAEL PLESAK,
JEREMIAH FLOWERS,
a/k/a "Tennessee,"
WAYNE RICHARDS,
SARA COGDILL, and
QUALITY GREEN COATINGS, INC.,

        Defendants.
_____/

## BILL OF PARTICULARS

The United States of America, hereby files the following Bill of Particulars for Forfeiture of Property.

This indictment seeks forfeiture of property pursuant to Title 21, United States Code, Section 853. The United States hereby gives notice that, in addition to any property listed in the forfeiture allegations of the Superseding Indictment and Bill of Particulars of July 26, 2011, the United

States is seeking forfeiture of the following properties:

(1.)   2003 Acura NSX custom widebody, VIN. #JH4NA21613T000124, No Tag.

                      Respectfully submitted,

                      WIFREDO A. FERRER
                      UNITED STATES ATTORNEY

                      s/Roger W. Powell
                      ROGER W. POWELL
                      ASSISTANT U.S. ATTORNEY
                      Bar No. 341411
                      500 E. Broward Blvd., Suite 700
                      Fort Lauderdale, Florida  33394
                      Tel: (954) 660-5774
                      FAX: (954) 356-7180

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 20th day of January 2012, I electronically filed the foregoing Bill of Particulars with the Clerk of Court using CM/ECF.

                      s/Roger W. Powell
                      ROGER W. POWELL
                      Assistant United States Attorney