# U.S. Department of Justice

## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of American | 11-60033-CR-Cooke |
| DEFENDANT | TYPE OF PROCESS |
| Rachael Bass & Vincent Colangelo | Final Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
100 SE 10th Avenue, Okeechobee, Fl 34974

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
USMS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA Roger W. Powell
United States Attorney's Office
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please dispose of property according to law.
Agency # G1-09-0386
CATS # 11-DEA-544995

FILED by _____ D.C.
FEB 03 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Roger W. Powell
TELEPHONE NUMBER: 954-356-7255
DATE: 08/29/2012

**DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 4 | District to Serve No. 4 | Signature of Authorized | Date 09/10/12 |
|---|---|---|---|---|---|
| | 1 | | | LT | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 01/06/14  Time: 12:00 pm

Signature

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.00 | | | $65.00 | | | |

REMARKS:

Real property disposed according to law.

PRIOR EDITIONS
MAY BE USED